IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL STREAM IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. _____ |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SIRIUS XM RADIO INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

For its Complaint, Plaintiff Digital Stream IP, LLC ("Digital Stream"), by and through the undersigned counsel, alleges as follows:

## THE PARTIES

1. Digital Stream is a Texas limited liability company with a place of business located at 1400 Preston Road, Suite 475, Plano, Texas 75093.

2. Defendant Sirius XM Radio Inc. is a Delaware company with, upon information and belief, a place of business located at 1221 Avenue of the Americas, 37th Floor, New York, New York 10020.

3. By registering to conduct business in Delaware, Defendant has a permanent and continuous presence in Delaware.

## JURISDICTION AND VENUE

4. This action arises under the Patent Act, 35 U.S.C. § 1 *et seq.*

5. Subject matter jurisdiction is proper in this Court under 28 U.S.C. §§ 1331 and 1338.

6. Upon information and belief, Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements

alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in this district.

7. Venue is proper in this district pursuant to §§ 1391(b), (c) and 1400(b).

**THE PATENT-IN-SUIT**

8. On June 29, 2004, U.S. Patent No. 6,757,913 (the "'913 patent), entitled "Wireless Music and Data Transceiver System," was duly and lawfully issued by the U.S. Patent and Trademark Office. A true and correct copy of the '913 patent is attached hereto as Exhibit A.

9. The '913 patent solves problems of providing digital audio and display of corresponding program information associated with a digital music service. It ensures that a listener will continue to enjoy the advantages of digital audio, while also enabling portable reception of the service within a localized setting.

10. The claims of the '913 patent effect an improvement in digital audio transceivers, digital audio players, digital music transmitters and the digital audio technical field to solve the problems of limited range, signal strength, variety of channels, program information available and overall accessibility and ease of use. The '913 patent overcame these difficulties by, for example, utilizing a wireless digital audio transceiver or wireless digital audio player including a user interface to enable a user to select digital audio data or a digital audio program from a plurality of digital audio data or programs, a tuner to tune to a frequency associated with a carrier wave containing the digital audio data or a frequency associated with the digital audio program, a demodulator to extract or demodulate the digital audio data and program information, and a digital to analog converter to convert the digital audio data into an analog signal for playback by the user.

11. Digital Stream is the assignee and owner of the right, title and interest in and to the '913 patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 6,757,913

12. Digital Stream repeats and realleges the allegations of paragraphs 1 through 11 as if fully set forth herein.

13. Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant is liable for infringement of at least claim 31 of the '913 patent by making, using, importing, offering for sale, and/or selling a digital audio transmitter, including, but not limited to, the digital audio transmitter for broadcasting Sirius XM stations.

14. More specifically and upon information and belief, Defendant uses a digital music transmitter to enable broadcast of its stations. *See* Attachment A, FM-6 Satellite Technical Description, Robert D. Briskman (Apr. 9, 2010) at p. 7 (available at http://licensing.fcc.gov/myibfs/download.do?attachment_key=810002 (last accessed Jan. 12, 2018)), attached hereto as Exhibit B. Defendant uses a transmitter input to receive a plurality of digital audio data streams for bundling together into a multi-cast transmission to be broadcast simultaneously over a single radio station frequency allocation. *See id.*; *see also* Channel Leasing Agreement at § 3.01, Ex. D (available at http://www.siriusxm.com/pdf/qe-channel-lease-agreement.pdf (last accessed Jan. 12, 2018)), attached hereto as Exhibit C; Broadcast Radio at p. 15 of 18 (available at ftp://ftp.ni.com/pub/events/rf_forum/broadcast_radio.pdf (last accessed Jan. 12, 2018)), attached hereto as Exhibit D. Defendant uses a demodulator for demodulating each of the digital audio data streams. *See* Ex. B at p. 7; Ex. C at § 3.01; Ex. D at p. 15 of 18. Defendant uses a carrier signal generator generating a plurality of groups of carrier signals each

carrier signal on a distinct frequency, for example in order to carry digital signals on upper and lower sidebands of the licensed frequency range. *See* Ex. B at pp. 1, 7-8, 23-24; Ex. D at p. 14 of 18. Defendant uses a modulator for modulating each digital audio data stream on a carrier signal from each of the groups of carrier signals to enable capture of any one of the plurality of digital audio streams by tuning to a frequency of a carrier wave containing a desired digital audio stream. *See* Ex. B at pp. 3, 8, 11; Ex. D at pp. 14-15 of 18. Defendant uses a combiner for combining each of the carrier signals into a combined signal and outputting the combined signal to an antenna. *See* Ex. B at pp. 8, 11, 23-24.

15. Digital Stream is entitled to recover from Defendant the damages sustained by Digital Stream as a result of Defendant's infringement of the '913 patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284

## JURY DEMAND

Digital Stream hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Digital Stream requests that this Court enter judgment against Defendant as follows:

A. An adjudication that Defendant has infringed the '913 patent;

B. An award of damages to be paid by Defendant adequate to compensate Digital Stream for Defendant's past infringement of the '913 patent and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C. A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Digital Stream's reasonable attorneys' fees; and

D. An award to Digital Stream of such further relief at law or in equity as the Court deems just and proper.

Dated: January 12, 2018                     STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Digital Stream IP, LLC*